```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18440
   TOMMIE D DAVIS
   BRANDI G SPENCER                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

              Debtor
   SSN XXX-XX-5314     SSN XXX-XX-2959


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/17/2008 and was not confirmed.

     The case was dismissed without confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK   UNSECURED           274.64          .00            .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00           .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE    14626.89           .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED          .00            .00
SAXON MORTGAGE            CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE            MORTGAGE ARRE     1470.00           .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED          .00            .00
WOW INTERNET & CABLE SER  UNSECURED        NOT FILED          .00            .00
COMED                     UNSECURED        NOT FILED          .00            .00
SPRINT NEXTEL             UNSECURED         1952.09           .00            .00
DIRECTV                   UNSECURED        NOT FILED          .00            .00
US DEPT OF EDUCATION      UNSECURED        NOT FILED          .00            .00
ADT                       UNSECURED        NOT FILED          .00            .00
CINGULAR WIRELESS         UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF IL MEDICAL  UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF CHICAGO     UNSECURED        NOT FILED          .00            .00
US CELLULAR               UNSECURED        NOT FILED          .00            .00
ALLSTATE INDEMNITY COMPA  UNSECURED        NOT FILED          .00            .00
SBC                       UNSECURED          177.46           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2558.71           .00            .00
AT&T                      UNSECURED        NOT FILED          .00            .00
TELECHECK SERVICES        UNSECURED        NOT FILED          .00            .00
TELECHECK SERVICES        UNSECURED        NOT FILED          .00            .00
TCF BANK                  UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          414.00           .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED       12955.16            .00            .00
COMCAST                   UNSECURED         1078.06           .00            .00
PROGRESSIVE               UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF IL HOSPITA  UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00            .00
VERIZON WIRELESS          UNSECURED        NOT FILED          .00            .00
CHARTER ONE               UNSECURED        NOT FILED          .00            .00
USA FUNDS                 UNSECURED        NOT FILED          .00            .00
TCF BANK                  UNSECURED        NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18440 TOMMIE D DAVIS & BRANDI G SPENCER
```

```
CITY OF CHICAGO PARKING   UNSECURED          1118.00              .00          .00
CHICAGO DEPT OF REVENUE   UNSECURED       NOT FILED               .00          .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED               .00          .00
AT & T                    UNSECURED       NOT FILED               .00          .00
DIRECTV                   UNSECURED       NOT FILED               .00          .00
LVNV FUNDING              UNSECURED           214.68              .00          .00
SAXON MORTGAGE SERVICES   MORTGAGE NOTI NOT FILED                 .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED               .00             .00          .00
MACYS RETAIL HOLDINGS     UNSECURED           178.81              .00          .00
DEUTSCHE BANK NATIONAL    MORTGAGE NOTI NOT FILED                 .00          .00
MARTIN J OHEARN           DEBTOR ATTY      2,000.00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                        .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/25/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 08 B 18440 TOMMIE D DAVIS & BRANDI G SPENCER